1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  5151 North Palm Avenue, Suite 10
   Fresno, California 93704
3  (559) 227-1515 Telephone
   (559) 221-6557 Facsimile
4

5  Attorney for Defendant, JOSE RAMIREZ MENDOZA, aka EDUARDO MENDOZA

6

7                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
8
                                  * * *
9

10  UNITED STATES OF AMERICA,       )     **Case No. 1:06-CR-00311 OWW**
                                    )
11                 Plaintiff,       )     **STIPULATION AND ORDER**
                                    )     **TO CONTINUE STATUS**
12  v.                              )     **CONFERENCE**
                                    )
13  JOSE RAMIREZ MENDOZA, aka,      )     **Date  : May 14, 2007**
    EDUARDO MENDOZA,                )     **Time  : 9:00 a.m.**
14  FERNANDO PONCE and              )     **Judge : Hon. Oliver W. Wanger**
    ALFREDO YEPEZ.                  )
15                                  )
                   Defendants.      )
16  _____      )

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through their

19  respective counsel, that the date for the Status Conference in the above-captioned matter be

20  continued to May 14, 2007 at 9:00 a.m., from May 7, 2007 at 9:00 a.m.  The time and location

21  of said Status Conference shall remain the same.

22      The parties also agree that the delay resulting from the continuance shall be excluded

23  in the interests of justice, pursuant to 18 U.S.C. §3161(h)(8)(A).  The reason for the

24  continuance is that counsel for JOSE RAMIREZ MENDOZA, aka, EDUARDO MENDOZA,

25  will be traveling out of state on May 7, 2007.

26  //

27  //

28
    _____
        **STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:06-cr-00311 OWW**

1

2    Dated: April 17, 2007                    /s/ Dale A. Blickenstaff
                                             DALE A. BLICKENSTAFF
3                                            Attorney for Defendant, JOSE RAMIREZ
                                             MENDOZA, aka, EDUARDO MENDOZA
4

5    Dated: April 17, 2007                    /s/ Nicholas F. Reyes
                                             NICHOLAS F. REYES
6                                            Attorney for Defendant, FERNANDO PONCE

7    Dated: April 17, 2007                    /s/ Michael E. Mitchell
                                             MICHAEL E. MITCHELL
8                                            Attorney for Defendant, ALFREDO YEPEZ

9    Dated: April 17, 2007                    /s/ Laurel J. Montoya
                                             LAUREL J. MONTOYA
10                                           Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:06-cr-00311 OWW**

1

## <u>ORDER</u>

2

3

     IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

4

§3161(h)(8)(A).

5

IT IS SO ORDERED.

6

**Dated:    April 19, 2007**                              **/s/ Oliver W. Wanger**

7

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:06-cr-00311 OWW**